1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY Assistant United States Attorney
   2500 Tulare Street, Suite 4401
3  Fresno, CA 93721
   Telephone:  (559) 497-4000
4  Facsimile:  (559) 497-4099

5
   Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,              CASE NO.  1:13-CR-00353  AWI BAM
11
                       Plaintiff,         STIPULATION TO SET HEARING FOR CHANGE
12                                        OF PLEA AND ORDER THEREON
            v.
13
   JUAN VINCENTE AVALOS-CASTANEDA,
14
                       Defendant.
15

16
        Defendant, JUAN VINCENTE AVALOS-CASTAEDA, through his counsel, Ciprian Turcu and
17
   the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and
18
   Kevin P. Rooney, Assistant United States Attorney, hereby stipulate to set a hearing for the defendant's
19
   Change of Plea hearing on February 10, 2014 before Senior United States District Judge Anthony W.
20
   Ishii. The parties also stipulate that the Status Conference presently set on February 10, 2014 at 1:00
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

Stipulation to Set Hearing for                    1
Change of Plea

p.m. before Magistrate Judge Barbara A. McAuliffe be vacated.

Dated:  February 6, 2014                              BENJAMIN B. WAGNER
                                                                          United States Attorney

                                                                           /s/ Kevin P. Rooney
                                                                          KEVIN P. ROONEY
                                                                          Assistant United States Attorney

                                                                           /s/  Ciprian Turcu
Dated:  February 6, 2014                              CIPRIAN TURCU
                                                                          Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the Change of Plea hearing for defendant JUAN VINCENTE AVALOS-CASTANEDA is set on February 10, 2014 at 10:00 a.m. and the Status Conference set on February 10, 2014 at 1:00 p.m. is vacated.

IT IS SO ORDERED.

Dated:   February 6, 2014                              _____
                                                                          SENIOR  DISTRICT  JUDGE

Stipulation to Set Hearing for
Change of Plea

2