IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JUAN VINCENTE AVALOS-CASTENEDA,<br><br>   Defendant. | CASE NO. 1:13-CR-00353-AWI-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) |

The defendant has filed a motion under 18 U.S.C. § 3582(c)(2), seeking a reduction in his sentence on the basis of Amendment 782 to the Sentencing Guidelines which revises the Drug Quantity Table in USSG § 2D1.1 and reduces by two levels the offense level applicable to many drug trafficking offenses. The Government has opposed the motion. The Court will deny the defendant's motion.

Section 3582(c)(2) authorizes district courts to modify an imposed sentence "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." *United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013). Effective November 1, 2014, the Commission promulgated Amendment 782, which generally revised the Drug Quantity Table and chemical quantity tables across drug and chemical types. The Commission also voted to make Amendment 782 retroactively applicable to previously sentenced defendants.

///

On April 21, 2014, this Court sentenced the defendant to a term of 54 months in prison. This term reflected a downward variance from the defendant's 70-month recommended sentence, in part, anticipating Amendment 782. The defendant's total offense level was 25, his criminal history category was III, and the resulting guideline range was 70 to 87 months. The sentencing range applicable to the defendant was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, *see* 79 Fed. Reg. 44,973, with an effective date of any such reduction as of November 1, 2015. The defendant's total offense level has been lowered from 25 to 23, and the amended guideline range is 57-71 months. As the defendant's original term of imprisonment of 54 months is less than the minimum of the amended guideline range, this Court is without jurisdiction to reduce it further. U.S.S.G. § 1B1.10(b)(2).

IT IS HEREBY ORDERED that the defendant's motion for a reduction in sentence is DENIED.

IT IS SO ORDERED.

Dated: __November 10, 2015__                                  _____
                                                              SENIOR DISTRICT JUDGE